**IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Wesley,<br><br>     Plaintiff,<br><br>v.<br><br>Snap Finance.<br><br>     Defendant. | **ORDER FOR PRO HAC VICE ADMISSION**<br><br>Case No.: 2:20-cv-00148-CMR<br><br>Magistrate Judge Cecilia M. Romero |

It appearing to the court that Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(d), the Motion for the Admission pro hac vice of Aaron Radbill (ECF 6) in the United States District Court, District of Utah in the subject case is GRANTED.

DATED this 11 March 2020.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah